J. Kevin Bird, Trustee
384 East 720 South, Suite 201
Orem, UT  84058
(801) 426-4700

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| HORVATH, JOSEPH ALLEN | § | Case No. 07-24415 RKM |
| HORVATH, DONNA GAIL | § § § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

J. KEVIN BIRD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/J. KEVIN BIRD_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOSEPH ALLEN HORVATH |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Family 1st Fcu 175 E 200 S Orem, UT 84058 | | | | | |
| Green Point Savings 4160 Main St Flushing, NY 11355 | | | | | |
| Representing: Green Point Savings | | | | | |
| Representing: Wells Fargo | | | | | |
| South County Collision 1155 N. State Rd. 51 Spanish Fork, UT 84660 | | | | | |
| Wells Fargo Bank SBA PO Box 659700 San Antonio, TX 78286-0700 | | | | | |
| Wells Fargo Po Box 7648 Boise, ID 83707 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| J. KEVIN BIRD | | | | | |
| J. KEVIN BIRD | | | | | |
| BIRD & FUGAL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Labor Commission 160 East 300 South PO Box 146610 Salt Lake City, UT 84114-6610 | | | | | |
| Utah State Tax Commission 210 N 1950 W Salt Lake City, UT 84134 | | | | | |
| Workers Compensation Fund PO Box 57929 Salt Lake City, UT 84157-0929 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allied Interstate PO Box 10479 Des Moines, IA 50306-0479 | | | | | |
| Allied Waste 675 Gladiola Street Salt Lake City, UT 84104-4414 | | | | | |
| Audatex PO Box 45180 San Francisco, CA 94145-5180 | | | | | |
| BMG Music PO Box 91501 Indianapolis, IN 46291-0009 | | | | | |
| Brent Brown Chev. 2125 N. University Parkway Provo, UT 84604 | | | | | |
| Brent Brown Dodge PO Box 1404 Provo, UT 84603 | | | | | |
| Brent Brown Toyota 1995 N. University Parkway Provo, UT 84604 | | | | | |
| CSK Proshop 693 N 920 E Spanish Fork, UT 84660 | | | | | |
| Canyon View Medical 325 W Center Street Spanish Fork, UT 84660 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One PO Box 60067 City Of Industry, CA 91716-0067 | | | | | |
| Car Quest PO Box 503589 Saint Louis, MO 63150-3589 | | | | | |
| Central Utah Clinic 1055 N 1500 W Provo, UT 84604-3305 | | | | | |
| Citibank / Sears P.O. Box 20363 Kansas City, MO 64195 | | | | | |
| Citibank Usa Attn: Bankruptcy Dept Po Box 20487 Kansas City, MO 64195 | | | | | |
| Comcast PO Box 34744 Seattle, WA 98124-1744 | | | | | |
| Dex Media West 3190 S. Vaught Way 6 North Aurora, CO 80014 | | | | | |
| Dianox Systems 200 Watson Blvd. Stratford, CT 06615 | | | | | |
| Direct TV PO Box 78626 Phoenix, AZ 85062-8626 | | | | | |
| Discount Body Shop 1188 N 100 E Layton, UT 84041 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HTM Enterprises 115 N 1200 W Orem, UT 84057 | | | | | |
| Healthcare Recoveries PO Box 36380 Louisville, KY 40233 | | | | | |
| Humphries PO Box 1015 American Fork, UT 84003 | | | | | |
| John Harrison 8845 S 5600 W Payson, UT 84651 | | | | | |
| Ken Garff Ford 597 E 1000 S American Fork, UT 84003 | | | | | |
| Ken Garff Nissan 285 West Orem, UT 84058 | | | | | |
| Ken Garff Odgen 900 West Riverdale Rd. Ogden, UT 84405 | | | | | |
| Ken Garff VW 195 East University Parkway Orem, UT 84058 | | | | | |
| Key Bank Business PO Box 94831 Cleveland, OH 44101-4831 | | | | | |
| Keystone Professional 700 East Bonita Ave. Pomona, CA 91767 | | | | | |
| Knights of Columbus PO Box 1492 New Haven, CT 06506-1492 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Knights of Columbus PO Box 1492 New Haven, CT 06506-1492 | | | | | |
| Knights of Columbus PO Box 1492 New Haven, CT 06506-1492 | | | | | |
| Lighthouse Assets 5691 S. Redwood Rod. Suite 16A Salt Lake City, UT 84118 | | | | | |
| Mountainland Collection Po Box 1280 American Fork, UT 84003 | | | | | |
| Pleasant Grove City 70 S 100 E Pleasant Grove, UT 84062 | | | | | |
| Questar Gas Po Box 45841 Salt Lake City, UT 84139-0001 | | | | | |
| Representing: BMG Music | | | | | |
| Representing: Car Quest | | | | | |
| Representing: Dex Media West | | | | | |
| Representing: Dianox Systems | | | | | |
| Representing: Direct TV | | | | | |
| Representing: First Tennessee Bank | | | | | |
| Representing: Keystone Professional | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Representing: Wells Fargo | | | | | |
| Rocky Mountain Power 1033 NE 6th Ave. Portland, OR 97256 | | | | | |
| Salt Lake Crome 1050 S. Washington Street Salt Lake City, UT 84101 | | | | | |
| Scott Martin 825 W 1620 S Payson, UT 84651 | | | | | |
| Security Insurance PO Box 640 Spanish Fork, UT 84660 | | | | | |
| Select Health 4646 W Lake Park Road. Salt Lake City, UT 84120-8212 | | | | | |
| Sherwin Williams 621 N 1200 W Orem, UT 84057-3522 | | | | | |
| Spanish Fork Auto NAPA 855 S. Main Street Spanish Fork, UT 84660 | | | | | |
| Springville Power 50 S. Main Street Springville, UT 84663 | | | | | |
| Sprint PO Box 660092 Dallas, TX 75266-0092 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo PO Box 6995 Portland, OR 97228-6995 | | | | | |
| Wells Fargo Po Box 7648 Boise, ID 83707 | | | | | |
| Wf Fin Bank 3201 North 4th Ave Sioux Falls, SD 57104 | | | | | |
| Winzer Corporation PO Box 671482 Dallas, TX 75267-1482 | | | | | |
| Zions Bank PO Box 1507 Salt Lake City, UT 84110 | | | | | |
| FAMILY FIRST FEDERAL CREDIT UNION | | | | | |
| FIA CARD SERVICES, N.A./BANK OF AME | | | | | |
| FIRST TENNESSEE BANK NA | | | | | |
| FIRST TENNESSEE BANK NA | | | | | |
| INTERMOUNTAIN HEALTHCARE | | | | | |
| NELNET | | | | | |
| QUESTAR GAS COMPANY | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TARGET NATIONAL BANK | | | | | |
| ZIONS FIRST NATIONAL BANK | | | | | |
| CLERK, US BANKRUPTCY COURT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-24415 | RKM | Judge: R. KIMBALL MOSIER | Trustee Name: | J. KEVIN BIRD |
|---|---|---|---|---|---|
| Case Name: | HORVATH, JOSEPH ALLEN | | | Date Filed (f) or Converted (c): | 09/19/07 (f) |
| | HORVATH, DONNA GAIL | | | 341(a) Meeting Date: | 11/13/07 |
| For Period Ending: | 06/15/10 | | | Claims Bar Date: | 06/06/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2. FUNDS ON DEPOSIT | 39.63 | 39.63 | | 39.63 | FA |
| 3. HOUSEHOLD FURNITURE | 1,535.00 | 160.00 | DA | 0.00 | FA |
| 4. CLOTHING | 300.00 | 0.00 | DA | 0.00 | FA |
| 5. POOL TABLE | 50.00 | 50.00 | DA | 0.00 | FA |
| 6. FISHING GEAR | 10.00 | 10.00 | DA | 0.00 | FA |
| 7. CAMERA | 10.00 | 10.00 | DA | 0.00 | FA |
| 8. WHOLE LIFE INSURANCE ($30,000) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. WHOLE LIFE INSURANCE ($25,000) | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. IRA | 1,308.66 | 0.00 | DA | 0.00 | FA |
| 11. INTEREST IN HORVATH HOT RODS INC. | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. INTEREST IN SOUTH COUNTY COLLISION, INC | 0.00 | 0.00 | DA | 0.00 | FA |
| TRUSTEE IS REVIEWING BUSINESS INTERESTS, BUT AT THIS POINT HAS NO BASIS FOR CHALLENGING DEBTORS VALUES | | | | | |
| 13. A/R J. BRYAN HORVATH | 7,000.00 | 7,000.00 | DA | 0.00 | FA |
| 14. MEDICAL CLAIM SETTLEMENT | 0.00 | Unknown | DA | 0.00 | FA |
| 15. SETTLEMENT AGAINST PRESTON CHILD | 300.00 | 300.00 | DA | 0.00 | FA |
| 16. '00 MITSHUBISHI ECLIPSE | 6,400.00 | 0.00 | DA | 0.00 | FA |
| TRUSTEE IS REVIEWING AVOIDABILITY OF LIENS | | | | | |
| 17. '99 GMC PICKUP 1/2 TON SIERRA | 7,150.00 | 0.00 | DA | 0.00 | FA |
| 18. TAX REFUND (u) | 0.00 | 1,779.00 | | 1,779.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.93 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $174,103.29 | $9,348.63 | | $1,820.56 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1    Ver: 15.09

UST Form 101-7-TDR (9/1/2009) (Page: 13)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-24415   RKM   Judge: R. KIMBALL MOSIER | Trustee Name: | J. KEVIN BIRD |
| Case Name: | HORVATH, JOSEPH ALLEN | Date Filed (f) or Converted (c): | 09/19/07 (f) |
| | HORVATH, DONNA GAIL | 341(a) Meeting Date: | 11/13/07 |
| | | Claims Bar Date: | 06/06/08 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL REPORT FILED

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/09

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 07-24415 -RKM | | Trustee Name: | J. KEVIN BIRD |
|---|---|---|---|---|
| Case Name: | HORVATH, JOSEPH ALLEN | | Bank Name: | BANK OF AMERICA |
| | HORVATH, DONNA GAIL | | Account Number / CD #: | 4429327797  Money Market Account (Interest Earn |
| Taxpayer ID No: | 75-6833532 | | | |
| For Period Ending: | 06/15/10 | | Blanket Bond (per case limit): | $ 50,875,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/04/08 | 18 | UTAH STATE TAX COMMISSION ATTN: BANKRUPTCY UNIT 210 NORTH 1950 WEST SALT LAKE CITY, UT 84134 | STATE TAX REFUND | 1224-000 | 828.00 | | 828.00 |
| 03/04/08 | | INTERNAL REVENUE SERVICE US TREASURY | FEDERAL TAX REFUND | | 951.00 | | 1,779.00 |
| | 18 | | Memo Amount:     498.12 DEBTORS PORTION OF REFUND | 1280-002 | | | |
| | 18 | | Memo Amount:     452.88 ESTATES PORTION OF TAX REFUND | 1224-000 | | | |
| 03/04/08 | 000101 | JOSEPH ALLEN HORVATH DONNA GAIL HORVATH 95 E. MAPLE LANE PLEASANT GROVE, UT 84062-3529 | DEBTORS PORTION OF REFUND | 8500-002 | | 498.12 | 1,280.88 |
| 03/17/08 | 2 | JOSEPH ALLEN HORVATH 95 E. MAPLE LANE PLEASANT GROVE, UT 84062-3529 | FUNDS ON DEPOSIT | 1129-000 | 39.63 | | 1,320.51 |
| 03/31/08 | 19 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.29 | | 1,320.80 |
| 04/30/08 | 19 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.27 | | 1,321.07 |
| 05/30/08 | 19 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.16 | | 1,321.23 |
| 06/30/08 | 19 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.17 | | 1,321.40 |
| 07/31/08 | 19 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.17 | | 1,321.57 |
| 08/29/08 | 19 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.17 | | 1,321.74 |
| 09/30/08 | 19 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.16 | | 1,321.90 |
| 10/31/08 | 19 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.13 | | 1,322.03 |
| 11/28/08 | 19 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.10 | | 1,322.13 |
| 12/31/08 | 19 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 1,322.20 |
| 01/30/09 | 19 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,322.21 |

Page Subtotals         1,820.33        498.12

Ver: 15.09

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 15)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-24415 -RKM | | Trustee Name: | J. KEVIN BIRD |
|---|---|---|---|---|
| Case Name: | HORVATH, JOSEPH ALLEN | | Bank Name: | BANK OF AMERICA |
| | HORVATH, DONNA GAIL | | Account Number / CD #: | 4429327797  Money Market Account (Interest Earn |
| Taxpayer ID No: | 75-6833532 | | | |
| For Period Ending: | 06/15/10 | | Blanket Bond (per case limit): | $ 50,875,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/09 | 19 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,322.22 |
| 03/31/09 | 19 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,322.23 |
| 04/30/09 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,322.26 |
| 05/29/09 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,322.29 |
| 06/30/09 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,322.32 |
| 07/31/09 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,322.35 |
| 08/31/09 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,322.38 |
| 09/30/09 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,322.41 |
| 10/30/09 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,322.44 |
| 11/02/09 | | Transfer to Acct #4437338736 | Final Posting Transfer | 9999-000 | | 1,322.44 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 951.00 | COLUMN TOTALS | 1,820.56 | 1,820.56 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 1,322.44 | |
| | | Subtotal | 1,820.56 | 498.12 | |
| Memo Allocation Net: | 951.00 | Less:  Payments to Debtors | | 498.12 | |
| | | Net | 1,820.56 | 0.00 | |

Page Subtotals          0.23          1,322.44

Ver: 15.09

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 16)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-24415 -RKM |
| Case Name: | HORVATH, JOSEPH ALLEN |
| | HORVATH, DONNA GAIL |
| Taxpayer ID No: | 75-6833532 |
| For Period Ending: | 06/15/10 |

| | |
|---|---|
| Trustee Name: | J. KEVIN BIRD |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | 4437338736  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 50,875,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/02/09 | | Transfer from Acct #4429327797 | Transfer In From MMA Account | 9999-000 | 1,322.44 | | 1,322.44 |
| 12/18/09 | 001001 | J. KEVIN BIRD<br>384 EAST 720 SOUTH, SUITE 201<br>OREM, UT  84058 | Chapter 7 Compensation/Fees | 2100-000 | | 330.61 | 991.83 |
| 12/18/09 | 001002 | J. KEVIN BIRD<br>384 EAST 720 SOUTH, SUITE 201<br>OREM, UT  84058 | Chapter 7 Expenses | 2200-000 | | 35.00 | 956.83 |
| 12/18/09 | 001003 | BIRD & FUGAL<br>384 EAST 720 SOUTH, SUITE 201<br>OREM, UT 84058 | ATTORNEYS FEES PER COURT ORDER | 3110-000 | | 595.00 | 361.83 |
| * 12/18/09 | 001004 | First Tennessee Bank NA<br>6522 Chapman Hwy<br>Knoxville, TN 37920 | Claim 1, Payment 0.38850% | 7100-004 | | 33.84 | 327.99 |
| 12/18/09 | 001005 | First Tennessee Bank NA<br>6522 Chapman Hwy<br>Knoxville, TN 37920 | Claim 2, Payment 0.38851% | 7100-000 | | 187.31 | 140.68 |
| 12/18/09 | 001006 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 3, Payment 0.38855% | 7100-000 | | 39.02 | 101.66 |
| 12/18/09 | 001007 | US BANKRUPTCY COURT CLERK<br>350 SOUTH MAIN STREET<br>SALT LAKE CITY, UT  84101 | Claim 4, Payment 0.38797%<br>Questar Gas Company<br>Bankruptcy DNR 244<br>1140 West 200 South<br>PO Box 3194<br>Salt Lake City, UT 84110-3194 | 7100-000 | | 4.66 | 97.00 |
| 12/18/09 | 001008 | Nelnet<br>3015 So Parker Road STE 400<br>Aurora CO 80014-2904 | Claim 5, Payment 0.38842% | 7100-000 | | 7.82 | 89.18 |
| | | | Page Subtotals | | 1,322.44 | 1,233.26 | |

Ver: 15.09

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 17)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| Case No: | 07-24415 -RKM | | Trustee Name: | J. KEVIN BIRD |
| Case Name: | HORVATH, JOSEPH ALLEN | | Bank Name: | BANK OF AMERICA |
| | HORVATH, DONNA GAIL | | Account Number / CD #: | 4437338736 Checking - Non Interest |
| Taxpayer ID No: | 75-6833532 | | | |
| For Period Ending: | 06/15/10 | | Blanket Bond (per case limit): | $ 50,875,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/18/09 | 001009 | Utah Central Credit Union<br>Bruce L. Richards & Assoc<br>PO Box 25786<br>Salt Lake City UT  84125-0786 | Claim 6, Payment 0.38857% | 7100-003 | | 13.46 | 75.72 |
| 12/18/09 | 001010 | US BANKRUPTCY COURT CLERK<br>350 SOUTH MAIN STREET<br>SALT LAKE CITY, UT  84101 | Claim 7, Payment 0.38885%<br>Intermountain Healthcare<br>PO Box 27808<br>Salt Lake City UT  84127-0808 | 7100-000 | | 2.37 | 73.35 |
| 12/18/09 | 001011 | FIA CARD SERVICES, N.A./BANK OF AMERICA<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK  73118 | Claim 8, Payment 0.38846% | 7100-000 | | 44.13 | 29.22 |
| 12/18/09 | 001012 | Zions First National Bank<br>Legal Services, UT ZB11 0877<br>P.O. Box 30709<br>Salt Lake City, UT 84130 | Claim 9, Payment 0.38852% | 7100-000 | | 29.22 | 0.00 |
| * 01/12/10 | 001009 | Utah Central Credit Union<br>Bruce L. Richards & Assoc<br>PO Box 25786<br>Salt Lake City UT  84125-0786 | Claim 6, Payment 0.38857% | 7100-003 | | -13.46 | 13.46 |
| 01/12/10 | 001013 | Family First Federal Credit Union<br>Bruce L. Richards & Assoc<br>PO Box 25786<br>Salt Lake City UT  84125-0786 | REPLACEMENT CHECK PER ATTORNEY REQUEST | 7100-000 | | 13.46 | 0.00 |
| * 04/13/10 | 001004 | First Tennessee Bank NA<br>6522 Chapman Hwy<br>Knoxville, TN 37920 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -33.84 | 33.84 |
| 05/06/10 | 001014 | CLERK, US BANKRUPTCY COURT<br>350 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84101 | PAYMENT OF FUNDS TO REGISTRY | 7100-001 | | 33.84 | 0.00 |

Page Subtotals     0.00     89.18

Ver: 15.09

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 18)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-24415 -RKM | Trustee Name: | J. KEVIN BIRD |
| --- | --- | --- | --- |
| Case Name: | HORVATH, JOSEPH ALLEN | Bank Name: | BANK OF AMERICA |
| | HORVATH, DONNA GAIL | Account Number / CD #: | 4437338736 Checking - Non Interest |
| Taxpayer ID No: | 75-6833532 | | |
| For Period Ending: | 06/15/10 | Blanket Bond (per case limit): | $ 50,875,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 1,322.44 | 1,322.44 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 1,322.44 | 0.00 | |
| | | | | Subtotal | | 0.00 | 1,322.44 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 0.00 | 1,322.44 | |
| | | | | | | | NET | ACCOUNT |
| | | Total Allocation Receipts: | 951.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Allocation Disbursements: | 0.00 | Money Market Account (Interest Earn - 4429327797 | | 1,820.56 | 0.00 | 0.00 |
| | | | | Checking - Non Interest - 4437338736 | | 0.00 | 1,322.44 | 0.00 |
| | | Total Memo Allocation Net: | 951.00 | | | ---------------- | ---------------- | ---------------- |
| | | | | | | 1,820.56 | 1,322.44 | 0.00 |
| | | | | | | =========== | =========== | =========== |
| | | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 15.09

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 19)*